COMMONWEALTH of Pennsylvania,
Respondent

v.

Angel Manuel RODRIGUEZ, Petitioner

No. 583 MAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.